UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:96-cr-5113 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| ABIGAEL VALENCIA GONZALEZ, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 22, 1996, the above-named defendant was ordered released upon the condition of a posting of an $80,000.00 property bond.

On November 29, 1996, Miguel Pimentel and Aida Pimentel and Eden Godinez and Maria Godinez, executed Notes secured by Deeds of Trust in the name of the United States District Court securing the required $80,000.00 property bond.

On April 28, 2005, the above-named defendant failed to appear for sentencing.  To date the defendant has not appeared in court nor has the bond posted on behalf of the defendant been forfeited by the court.

On behalf of the sureties Miguel Pimentel and Aida Pimentel

a demand for payment of the Deed of Trust was made upon the Clerk of the Court.  Upon posting of the $80,000.00 cash, the Note and Deed of Trust were reconveyed to Miguel Pimentel and Aida Pimentel.

As it now appears that the entire amount of $80,000.00 which was required for the release conditions for Abigael Valencia Gonzalez is in the Registry of the Court,

IT IS HEREBY ORDERED that the Note and Deed of Trust posted by Eden Godinez and Maria Godinez be reconveyed.


Dated: _June 30, 2005__

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge