UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABIGAEL VALENCIA GONZALEZ,<br><br>Defendant. | No. 1:96-cr-05113-DAD<br><br>ORDER DIRECTING CLERK TO TRANSFER MONIES FROM REGISTRY ACCOUNT TO CRIME VICTIMS FUND |

On March 17, 2005, due to the defendant's failure to appear for sentencing, the court entered an order as to defendant Abigael Valencia Gonzalez, converting the collateral bond to $80,000 cash bond (Doc. No. 297 and No. 298). Due to the defendant's fugitive status, the bond was and is hereby forfeited. (*Id.*) Therefore, the Clerk of the Court is hereby directed to transfer the cash bond plus any accrued interest held in the court's registry account to the crime victims fund.

IT IS SO ORDERED.

Dated: **March 19, 2019**

UNITED STATES DISTRICT JUDGE

1